IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELYZABYTH HESTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:20-cv-01501-JPH-MJD |
| CATALENT INDIANA, LLC, | ) ) ) |
| Defendant. | ) |

*The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 24. JPH, 9/17/2020 Distribution via ECF.*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Elyzabyth Hester, by counsel, and the Defendant, Catalent Indiana, LLC, by counsel, having resolved all counts and claims in this cause of action, respectfully stipulate to the DISMISSAL of this cause of action, in its entirety and WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

Dated: September 16, 2020

Respectfully submitted,

By: *s/ Robert P. Kondras, Jr.* *(w/ permission)*
   Robert P. Kondras, Jr.
   Hassler Kondras Miller LLP
   100 Cherry Street
   Terre Haute, IN 47807
   Telephone: 812.232.9691
   Facsimile: 812.234.2881
   *kondras@hkmlawfirm.com*

Attorneys for Plaintiff

By: *s/ Lucy B. Bednarek*
   Lucy B. Bednarek, Atty. No. 34968-49
   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
   111 Monument Circle, Suite 4600
   Indianapolis, IN 46204
   Telephone: 317.916.1300
   Facsimile: 317.916.9076
   *lucy.bednarek@ogletree.com*

Attorneys for Defendant

43961340.1